UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOCUS BUSINESS BANK, <br><br> Defendant. | Case No. 12-4958 PSG <br><br> **(Re: Docket No. 29)** |
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRIDGE BANK, N.A., <br><br> Defendant. | Case No. 12-4959 PSG <br><br> **(Re: Docket No. 26)** |

**ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

On February 28, 2013, Plaintiff Pi-Net International, Inc ("Pi-Net") and Defendants Focus Business Bank and Bridge Bank, N.A. moved the court to reschedule the case management conferences in their respective cases. Pi-Net apparently has moved to relate these cases to a case currently pending before Judge Spero, and the parties assert that until Judge Spero issues an order

Case Nos.: 12-4958 PSG, 12-4959 PSG
ORDER

on that motion a case management conference at this point would not be efficient. The court agrees. The case management conferences currently scheduled for tomorrow, March 5, 2013 at 10:00 a.m. is rescheduled to Tuesday, March 19, 2013 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 4, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

Case Nos.: 12-4958 PSG, 12-4959 PSG
ORDER