United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FOCUS BUSINESS BANK,<br><br>Defendant. | Case No. 12-4958 PSG<br><br>**(Re: Docket No. 32)** |
| PI-NET INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGE BANK, N.A.,<br><br>Defendant. | Case No. 12-4959 PSG<br><br>**(Re: Docket No. 29)** |

**ORDER RE CASE MANAGEMENT STATEMENT**

On March 19, 2013, Plaintiff Pi-Net International, Inc ("Pi-Net") and Defendants Focus Business Bank and Bridge Bank, N.A. appeared before the court for a case management conference. The court set August 4, 2014 for a trial date and requested the parties submit a joint case management statement consistent with that date. The parties have not yet submitted a

Case Nos.: 12-4958 PSG, 12-4959 PSG
ORDER

proposal schedule for the court's review, and given that the court recently related *PI-Net International, Inc. v. Commonwealth Central Credit Union*,[1] to these cases, a further case management conference and schedule is necessary.

The parties shall appear with the parties in the *Commonwealth* case at 10:00 a.m. on May 7, 2013 for a further case management conference.  Seven days prior to that hearing, the parties shall submit a joint case management statement per the court's instructions at the March 19, 2013 hearing.  They shall serve that statement on the parties in the *Commonwealth* case, and at the hearing, all of the parties should be prepared to discuss the best schedule for these three cases.

**IT IS SO ORDERED.**

Dated:  April 12, 2013

PAUL S. GREWAL
United States Magistrate Judge

---

[1] Case No. 12-cv-5730.

Case Nos.: 12-4958 PSG, 12-4959 PSG
ORDER