

Knapp
Petersen
Clarke
A PROFESSIONAL CORPORATION

550 North Brand Boulevard, Suite 1500, Glendale, California 91203-1922 • (818) 547-5000 • Facsimile: (818) 547-5329

September 12, 2013

Direct Dial: (818) 547-5169
E-Mail: hmg@kpclegal.com

**VIA ELECTRONIC FILING**

Magistrate Judge Paul Singh Grewal
San Jose Courthouse
Courtroom 5 - 4th Floor
280 South 1st Street
San Jose, CA  95113

  Re: *Pi-Net International, Inc. v. Focus Business Bank*
    USDC Case No.:  CV12-04958 PSG
    *Pi-Net International, Inc. v. Bridge Bank*
    USDC Case No.:  CV12-04959 PSG
    Our File Nos.:  8000-963/8000-966

Dear Judge Grewal:

We are counsel for plaintiff and counter-defendant Pi-Net International, Inc., in the above-referenced actions and respectfully request the ability to participate in the September 24, 2013, Motions for Reconsideration Re: Conditional Stay by telephone.

The Motions for Reconsideration Re: Conditional Stay are for the purpose of the court to decide if the actions should be stayed pending review of the patents at issue.  Our office has personally appeared at other previous hearings in this action.

We practice in Los Angeles and have other obligations on September 24, 2013, and would appreciate the Court's approval of this request.  We will be prepared to discuss all case issues the morning of September 24, 2013.



Magistrate Judge Paul Singh Grewal
Re:   Pi-Net International, Inc. v. Focus Business Bank
      Pi-Net International, Inc. v. Bridge Bank
September 12, 2013
Page 2

We will be available and can be reached at (818) 547-5000.

                                    Very truly yours,

                                    KNAPP, PETERSEN & CLARKE

                                    Hilary M. Goldberg

HMG:mm

cc: All Counsel (via electronic filing)

Counsel is instructed to contact CourtCall at 866-582-6878 to arrange for telephonic appearance.
IT IS SO ORDERED ~~that counsel for Pi-Net International, Inc. will be on standby at 8:30 a.m. on September 24, 2013, and will await the Court's call.~~

Dated: September 17, 2013            _____
                                    The Honorable Paul S. Grewal

1813155.1  08000/00962