1  [List Of Counsel Appears On Last Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOCUS BUSINESS BANK, <br><br> Defendant. | Case No. 5:12-cv-04958-PSG <br> Case No. 5:12-cv-04959-PSG <br> Case No. 5:12-cv-04962-PSG <br><br> **JOINT STATUS UPDATE REGARDING *INTER PARTES* REVIEW** <br><br> Honorable Paul S. Grewal |
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRIDGE BANK, N.A., <br><br> Defendant. | |
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDIO BANK, <br><br> Defendant. | |

Pursuant to the Court's Order Staying Case of October 17, 2013 (12-cv-04958, Dkt. No. 77; 12-cv-04959, Dkt. No. 72; 12-cv-04962, Dkt No. 74) and the Order Conditionally Granting Defendants' Motions to Stay Litigation Pending *Inter Partes* Review of August 16, 2013 (12-cv-04958, Dkt. No. 58; 12-cv-04959, Dkt. No. 55; 12-cv-04962, Dkt. No. 64), Plaintiff Pi-Net International, Inc., and Defendants Focus Business Bank, Bridge Bank, N.A., and Presidio Bank respectfully submit this joint status update regarding the *Inter Partes* Review proceedings for both U.S. Patent Nos. 5,987,500 ("the '500 patent") and 8,108,492 ("the '492 patent").

The Patent Trial and Appeal Board ("Board") has instituted *Inter Partes* Review proceedings for both the '500 patent and the '492 patent, and both currently share the same schedule. The table below reflects the general timeline for the proceedings. Both Pi-Net and SAP have submitted procedural motions, which have been denied.

| EVENT DEADLINE | DATE |
| --- | --- |
| *Inter Partes* Review instituted for the '500 and '492 patents | Sep. 19, 2013 |
| Initial Conference held before the Board | Oct. 16, 2013 |
| Parties filed stipulation to change certain deadlines (reflected in this table) | Nov. 1, 2013 |
| Due Date 1: Deadline for Pi-Net to respond to the petition and move to amend the patent | Jan. 3, 2014 |
| Due Date 2: SAP must file any reply to Pi-Net's response and opposition to any motion to amend. | Apr. 3, 2014 |
| Due Date 3: Pi-Net must file any reply to SAP's opposition to any motion to amend | Apr. 24, 2014 |
| Due Date 4: SAP must file any "observation on cross-examination testimony"; Parties must file any motions to exclude evidence or request oral argument. | May 14, 2014 |
| Due Date 5: Pi-Net must file reply to SAP's "observation on cross-examination testimony"; Parties must file oppositions to motions to exclude evidence. | May 28, 2014 |
| Due Date 6: Parties must file reply to motions to exclude evidence. | Jun. 3, 2014 |
| Due Date 7: Oral argument to the Board (if requested). | Jun. 16, 2014 |

| | | |
|---|---|---|
| 1 | Dated: December 19, 2013 | **KNAPP, PETERSEN & CLARKE** |
| 2 | | |
| 3 | | By: : /s/ André E. Jardini<br>André E. Jardini |
| 4 | | Attorneys for Plaintiff and Counter-Defendant |
| 5 | | PI-NET INTERNATIONAL, INC. |
| 6 | Dated: December 19, 2013 | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** |
| 7 | | |
| 8 | | By: /s/ Robert F. McCauley |
| 9 | | Robert F. McCauley |
| 10 | | Attorneys for Defendant and Counter-Claimant FOCUS BUSINESS BANK |
| 11 | Dated: December 19, 2013 | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** |
| 12 | | |
| 13 | | |
| 14 | | By: /s/ Robert F. McCauley<br>Robert F. McCauley |
| 15 | | Attorneys for Defendant and Counter-Claimant |
| 16 | | BRIDGE BANK, N.A |
| 17 | Dated: December 19, 2013 | **FENWICK & WEST LLP** |
| 18 | | |
| 19 | | By: /s/ Teresa M. Corbin<br>Teresa M. Corbin |
| 20 | | Attorneys for Defendant and Counter-Claimant |
| 21 | | PRESIDIO BANK |

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil L.R. 5-1(i)(3) I attest that concurrence in this filing has been obtained from counsel for Focus Business Bank, Bridge Bank, N.A., and Presidio Bank.

Dated: December 19, 2013      By: /s/ André E. Jardini
                                  André E. Jardini

1  André E. Jardini, Bar No. 71335
   aej@kpclegal.com
2  Hilary M. Goldberg, Bar No. 237993
   hmg@kpclegal.com
3  KNAPP, PETERSEN & CLARKE
   550 North Brand Boulevard, Suite 1500
4  Glendale, California 91203-1922
   Telephone: (818) 547-5000
5  Facsimile: (818) 547-5329

6
   Joseph S. Farzam, Bar No. 210817
7  farzam@lawyer.com
   FARZAM LAW FIRM
8  1875 Century Park East, Suite 1345
   Los Angeles, California 90067
9  Telephone: (310) 226-6890
   Facsimile: (310) 226-6891
10
   Attorneys for Plaintiff
11 PI-NET INTERNATIONAL, INC

12

13

14

15 Michael J. Sacksteder (CSB No. 191605)
   msacksteder@fenwick.com
16 Teresa M. Corbin (CSB No. 132360)
   tcorbin@fenwick.com
17 FENWICK &WEST LLP
   555 California Street, 12th Floor
18 San Francisco, CA 94104
   Telephone:    415.875.2300
19 Facsimile:    415. 281.1350

20
   Hector J. Ribera (CSB No. 221511)
21 hribera@fenwick.com
   Justin Hulse (CSB No. 271666)
22 jhulse@fenwick.com
   FENWICK & WEST LLP
23 Silicon Valley Center
   801 California Street
24 Mountain View, CA 94041
   Telephone:    650.988.8500
25 Facsimile:    650.938.5200

26 Attorneys for Defendant and Counter-Claimant
   PRESIDIO BANK
27

28

Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Jeffrey A. Berkowitz (*pro hac vice*)
jeffrey.berkowitz@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
Telephone: (703) 203-2700
Facsimile: (703) 408-4400

Jason W. Melvin (*pro hac vice*)
jason.melvin@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave, NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendants and Counter-Claimants
FOCUS BUSINESS BANK and
BRIDGE BANK, N.A.

KNAPP,
PETERSEN
& CLARKE