André E. Jardini, Bar No. 71335
aej@kpclegal.com
K.L. Myles, Bar No. 243272
klm@kpclegal.com
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone:  (818) 547-5000
Facsimile:  (818) 547-5329

Joseph S. Farzam, Bar No. 210817
farzam@lawyer.com
JOSEPH FARZAM LAW FIRM
1875 Century Park East, Suite 1345
Los Angeles, California  90067
Telephone:  (310) 226-6890
Facsimile:  (310) 226-6891

Attorneys for Plaintiff and Counter-Defendant
PI-NET INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>       Plaintiff,<br>    v.<br>FOCUS BUSINESS BANK,<br><br>       Defendant.<br><br>PI-NET INTERNATIONAL, INC.,<br><br>       Plaintiff,<br>    v.<br>BRIDGE BANK, N.A.,<br><br>       Defendant. | NOS. 5:12-cv-04958 PSG; 5:12- cv-04959 PSG<br><br>Date:        January 27, 2015<br>Time:              10:00 a.m.<br>Ctrm:                         5<br><br>Judge:    The Hon. Paul S. Grewal<br>Date Action Filed: September 24, 2012<br><br>PLAINTIFF'S OPPOSITION TO DEFENDANTS FOCUS BUSINESS BANK, AND BRIDGE BANK, N.A.'S MOTION TO DISMISS CASES |

Plaintiff, Pi-Net International, Inc. ("plaintiff") opposes the motion to dismiss filed on behalf of defendants Focus Business Bank and Bridge Bank, N.A.

## I.
## INTRODUCTION

These matters were ordered stayed on August 16, 2013, in a conditional order of the Court. On October 17, 2013, based in part on "defendants' consent" the Court stayed the case pending resolution of the inter partes review proceedings. The Court has not lifted the stay in this matter.

The inter partes review has not concluded. Plaintiff continues to litigate the inter partes review. Plaintiff has until January 24, 2015, to file an appeal with the Federal Circuit from the various decisions by the patent office as to the patents-in-suit.

A lift of the stay, which stay was requested by defendants in the first instance, is unwarranted under the circumstances.

## II.
## THE MOTION TO DISMISS, IF CONSIDERED, IS ILL-FOUNDED

The patent assignments dated August 28, 2014, expressly assign the right to sue for past infringement.

This provision is valid and enforceable.

Defendants recognize that the assignment agreements grant Dr. Arunachalam the right to maintain suit in her own name and under Pi-Net's corporate identity. Parties have the freedom to contract and there is no prohibition to such agreement. Each has an interest in the litigation.

////
////
////
////
////

**KNAPP, PETERSEN & CLARKE**

## III.

## CONCLUSION

The stay should not be lifted. The motion to dismiss should be denied.

Dated: January 6, 2015            KNAPP, PETERSEN & CLARKE


By: /s/ André E. Jardini
    André E. Jardini
    K.L. Myles
    Attorneys for Plaintiff and Counter-Defendant PI-NET INTERNATIONAL, INC.